

NUMBER 13-11-00063-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE CYPRESS TEXAS LLOYDS

On Petition for Writ of Mandamus.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Perkes
Per Curiam Memorandum Opinion[1]

Relator, Cypress Texas Lloyds, filed a petition for writ of mandamus on January 31, 2011, seeking to compel the trial court to withdraw its order denying relator's motion to abate the underlying lawsuit. On February 2, 2011, this Court requested that the real parties in interest, Guadalupe Salazar and Claudia Salazar, file a response to the petition for writ of mandamus. The parties to this proceeding have now filed a "Joint

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

Motion to Dismiss Petition for Writ of Mandamus" on grounds that this original proceeding has been rendered moot.

The Court, having examined and fully considered the joint motion to dismiss, is of the opinion that the parties have shown themselves entitled to the relief sought. Accordingly, the joint motion to dismiss is GRANTED and this original proceeding is DISMISSED without reference to the merits thereof.

PER CURIAM

Memorandum Opinion delivered and filed
this 18th day of February, 2011.